STEPHEN J. SORENSON, Acting United States Attorney (#3049)
DAVE BACKMAN, Assistant United States Attorney (#8044)
Attorneys for the United States of America
185 South State St. Ste. 400
Salt Lake City, Utah 84101
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2006 APR 12  P 6: 33

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT BROWN, <br><br> Defendant. | INDICTMENT <br><br> VIO. 18 U.S.C. § 922(g)(1), POSSESSION OF AMMUNITION BY A CONVICTED FELON; 21 U.S.C. § 844, POSSESSION OF METHAMPHETAMINE |

Judge Tena Campbell
DECK TYPE: Criminal
DATE STAMP: 04/12/2006 @ 14:12:29
CASE NUMBER: 1:06CR00029 TC

The Grand Jury charges:

COUNT I

On or about September 9, 2005, in the Northern Division of the District of Utah,

ROBERT BROWN,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess, in and affecting interstate commerce, ammunition, that is: a round of .45 caliber ammunition, in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

On or about September 9, 2005, in the Northern Division of the District of Utah,

ROBERT BROWN,

the defendant herein, did knowingly and unlawfully possess a controlled substance, that is: methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 844.

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY


STEPHEN J. SORENSON
ACTING UNITED STATES ATTORNEY

[signature]
_____
DAVE BACKMAN
Assistant United States Attorney

2