_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:06CR00029TC |
| Plaintiff, | : | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| | : | |
| ROBERT BROWN, | : | |
| Defendant. | : | |

_____

    TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL OR TO AN AGENT OF THE ALCOHOL, TOBACCO, AND FIREARMS, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S :

    We command you that you bring the body of ROBERT BROWN, now confined in the Weber County Jail, before the Honorable Magistrate Judge Brooke Wells, presiding at Salt Lake City, Utah, **Friday, May 19, 2006, at 10:00 a.m.**, and from day to day thereafter, for purposes of initial appearance upon the charges pending against the defendant in the said United States District Court, and in the above-entitled and pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the

institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

DATED this 10th day of May 2006.

BY THE COURT:

_____
BROOKE WELLS
United States Magistrate Judge



I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District Court for the District of Utah.
MARKUS B. ZIMMER, Clerk