AO 442

# United States District Court

DISTRICT OF UTAH - NORTHERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Robert Brown | |
| | CASE NUMBER: 1:06-CR-29 TC |

To: The United States Marshal
and any Authorized United States Officer

FILED
U.S. DISTRICT COURT
2006 MAY 19 P 1:36
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest **ROBERT BROWN**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**Possession of Ammunition by a Convicted Felon; Possession of Methamphetamine**

in violation of **18:922(g)(1); 21:844** United States Code.

| Markus B. Zimmer | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | April 13, 2006 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Aimee Trujillo | |
| Deputy Clerk | |

Bail fixed _____ by _____
                                        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04/13/2005 | AGENT ROB JAUE | [signature] |
| DATE OF ARREST | | |
| 05/19/2005 | | |