# UNITED STATES DISTRICT COURT
United States Courthouse
Salt Lake City, Utah

# LODGED

**Tena Campbell**
United States District Judge

May 19, 2006

**RECEIVED CLERK**

**MAY 19 2006**

**U.S. DISTRICT COURT**

Mr. David Backman
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111

    Re:    **United States of America v. Robert T. Brown**
                **Case No. 1:06 CR 29 TC**

Dear Counsel:

    Enclosed please find a copy of a motion filed by Mr. Brown.

                    Very truly yours,

                    */s/ Tena Campbell*

                    TENA CAMPBELL
                    United States District Court

enclosure