DATE: 5/15/06

RECEIVED
MAY 19 2006
OFFICE OF
JUDGE TENA CAMPBELL

FILED
U.S. DISTRICT COURT
2006 MAY 19 P 3:17
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

Prisoners Demand For Disposition Pending Utah Charges.

Prisoners Name: Robert T. Brown     Inmate # 208310

The undersigned Prisoner submits this Demand for Disposition of Pending Utah Charges in Accordance with Utah Code of Criminal Procedure; 77-29-1-(1 thru 4) Based upon the following:

1.) Prisoner is serving a sentence of Imprisonment in the (Facility) W.C.C.F., Ogden, Weber County, Utah upon Judgement and Sentence issued by Ogden 2nd District Court, Case # 051900285.

2.) Prisoner is sentenced to serve a term of 365 days, with 0 days of Imprisonment Suspended. The Anticipated/Scheduled date of Release is 9/06

3.) There is now Pending against said Prisoner an Information or Untried Indictment in the State of Utah as follows:
Case # 1:06CR00029 TC
Nature of Charges: 18 USC § 922(g)(1), Poss of Ammunition by a Convicted Felon; 21 USC § 844 Poss of Methamphetamine

COURT WHERE CHARGES ARE PENDING:
— UNITED STATES DISTRICT COURT, NORTHERN DIVISION, DISTRICT OF UTAH.

COURT ADDRESS: 350 SOUTH MAIN STREET
SALT LAKE CITY, UTAH. 84111

PROSECUTOR: DAVE BACKMAN, U.S. ATTORNEY (#8044)
ADDRESS: 185 SOUTH STATE STREET #400
SALT LAKE CITY, UTAH 84101-

BASED UPON THE INFORMATION STATED, THE PRISONER HEREBY DEMANDS DISPOSITION OF THE CHARGES PENDING. UNDER PENALTY OF PERJURY PRISONER VERIFIES ALL INFORMATION TO BE TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE.

DATED 5/15/06
SIGNED Robert T Brown

NOTARY PUBLIC _____
(IF REQUIRED)

DATE SUBMITTED BY PRISONER: _____
DATE/TIME FORWARDED BY SHERIFF: _____
METHOD OF FORWARDING: ( ) CERTIFIED MAIL
RETURN RECIEPT REQUEST
BY: _____ W.C.C.F. (W.C.S.O.)