STEPHEN J. SORENSON, Acting United States Attorney (#3049)
DAVE BACKMAN, Assistant United States Attorney (#8044)
Attorneys for the United States of America
185 South State Street, #400
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:06CR00029TC |
| Plaintiff, | : | 1ST NOTIFICATION OF DISCOVERY COMPLIANCE |
| vs. | : | |
| ROBERT BROWN, | : | |
| Defendant. | : | |

---

Pursuant to DUCrimR 16-1(h) Rules of Practice (D. Utah), the United States hereby gives notice that the reports and documents generated by investigation (0001 - 0060) have been provided to defense counsel named in the attached Certificate of Service.

RESPECTFULLY SUBMITTED this 24th day of May, 2006.

                      STEPHEN J. SORENSON
                      Acting United States Attorney

                      /s/Dave Backman
                      _____
                      DAVE BACKMAN
                      Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Initial NOTIFICATION OF DISCOVERY COMPLIANCE along with a copy of Discovery bates numbers 0001 - 0060 was mailed, postage prepaid, delivered through interoffice mail or electronically filed to all parties named below, this 24th day of May, 2006.

Kris Angelos, Esq.
Utah Federal

                                        /s/ Candy Grosjean
                                        _____