**STEVEN B. KILLPACK, Federal Defender (#1808)**
**KRISTEN R. ANGELOS, Assistant Federal Defender (#8314)**
**Utah Federal Defender Office**
**46 West 300 South, Suite 110**
**Salt Lake City, Utah 84101**
**Telephone: (801) 524-4010**

RECEIVED

JUL 1 2006

OFFICE OF
JUDGE TENA CAMPBELL

2006 JUL 25 P 3: 15

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **ORDER TO CONTINUE** |
| Plaintiff, | | **JURY TRIAL** |
| -vs- | : | |
| | | **Case No.    1:06CR-29TC** |
| ROBERT BROWN, | : | |
| | | |
| Defendant. | : | |

---

Based on the motion to continue trial filed by defendant in the above-entitled case, and good cause appearing,

It is hereby ORDERED that the trial previously scheduled for July 25, 2006, be stricken, for the following reasons:

1. Counsel for the Defendant believes that this case can be resolved by plea negotiations and the Government and the Defendant are still in the process of negotiating a resolution of this case.

2. Assistant United States Attorney, Dave Backman, has no objection to a continuance in this matter.

It is further ORDERED that the new trial date is scheduled for the 25th day of September , 2006, at 8 30 am .Pursuant to 18 U.S.C. § 3161(h), the court finds the ends of justice served by such a continuance outweigh the best interests of the public and the

defendant to a speedy trial.  The time of the delay shall constitute excludable time under the Speedy

Trial Act.

DATED this ___*18th*___ day of July, 2006.

BY THE COURT:

*Tena Campbell*

HONORABLE TENA CAMPBELL
United States District Court Judge