BRETT L. TOLMAN, United States Attorney (# 8821)
DAVE BACKMAN, Assistant United States Attorney (# 8044)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6926

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BROWN,<br><br>Defendant. | Case No. 1:06CR29 TC<br><br>ORDER GRANTING LEAVE OF COURT TO FILE A DISMISSAL OF THE INDICTMENT |

Based upon the motion of the United States of America and for good cause, the Court hereby grants the Government leave under Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss, with prejudice, the Indictment against defendant Robert Brown.

DATED this __10__ day of October, 2006.

BY THE COURT:

*Tena Campbell*

Tena Campbell
United States District Judge