BRETT L. TOLMAN, United States Attorney  (# 8821)
DAVE BACKMAN, Assistant United States Attorney (# 8044)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6926
_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:06CR29 TC |
| Plaintiff, | : | |
| vs. | : | DISMISSAL OF THE INDICTMENT |
| ROBERT BROWN, | : | |
| Defendant. | : | |

_____

Based upon leave of this Court, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Indictment pending against defendant Robert Brown is dismissed with prejudice.

DATED this ____ day of October, 2006.

BRETT L. TOLMAN
United States Attorney

/s/ Dave Backman
_____

DAVE BACKMAN
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing DISMISSAL OF INDICTMENT, was mailed, postage prepaid, delivered through interoffice mail, or electronically filed to all parties named below, this 11th day of October, 2006.

/s/ Linda Pearson